# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America<br>v.<br>Charles N. Edwards<br>xx/xx/1964<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 16-929M (NJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 29, 2016__ in the county of __Milwaukee__ in the __Eastern__ District of __Wisconsin__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Frank Rutter, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 31, 2016

_____
*Judge's signature*

City and state: Milwaukee, Wisconsin

Honorable Nancy Joseph, Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Frank Rutter, being first duly sworn on oath, on information and belief state:

## I. BACKGROUND, TRAINING, AND EXPERIENCE:

1. I am a Special Agent of the United States Justice Department, Bureau of Alcohol, Tobacco and Firearms and Explosives (ATF), currently assigned to the Milwaukee Field Office. I have been so employed since November of 2015. My duties as a Special Agent with ATF include investigating alleged violations of the federal firearms laws under the purview of the Gun Control Act (as amended) under Title 18 of the United States Code. During the course of my employment, I have participated in numerous investigations involving the illegal possession, sale, and/or transfer of firearms to prohibited persons; including the possession of firearms in furtherance of narcotics distribution and that these investigations have resulted in the arrest of criminal defendants and the seizure of records, firearms, ammunition and/or narcotics.

2. During the course of my employment, I conduct investigations of violations of federal firearms laws. Specifically, Title 18, United States Code, Section 922(g)(1) prohibits a person convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, from possessing firearms and/or ammunition.

3. Based on my training and experience, I believe there is probable cause that:

   a. on or about August 29, 2016, in the State and Eastern District of Wisconsin, Charles N. Edwards (Edwards), a person previously convicted of crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, which was transported in interstate commerce and thus affected interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

      b. The firearm is more fully described as a North American Arms Corp .22 caliber handgun bearing serial number v76464.

4. This affidavit is based upon my personal knowledge and information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. This affidavit is based upon information provided by other law enforcement officers police reports, subpoenaed records, cooperating citizen witnesses' statements, consent searches, search warrants, recorded statements, and public records whose reliability is established separately herein.

5. Because this affidavit is submitted for the limited purpose of a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have attempted to set forth only the facts that I believe are pertinent to establishing the necessary foundation for the complaint.

## II. PROBABLE CAUSE

6. On August 29, 2016, in the Eastern District of Wisconsin, at approximately 7:28p.m., Milwaukee Police Officer Daniel Drewek responded to a fight at 3050 N. Sherman Blvd., Milwaukee, WI.

7. When Officer Drewek responded, he observed that Charles N. Edwards had fallen out of his wheel chair and was lying on the ground. As the officer approached Edwards, the officer saw a loaded silver handgun under Edwards' wheelchair. Officer Drewek observed that Edwards was wearing a brown leather holster on his waistband.

8. Edwards told the officer the loaded silver handgun was Edwards' gun and that he has a concealed carry permit. The officer recovered the gun and saw that it was loaded with five unspent cartridges.

9. On Edwards' lap, Officer Drewek observed a bag with a white chunky substance believed to be cocaine base. The cocaine was packaged into eighteen smaller bags. The white chunk substance tested positive for cocaine base and weighed 1.85 grams. Edwards was taken into custody for firearm and narcotics offenses.

10. The firearm is more fully described as a North American Arms Corp .22 caliber handgun bearing serial number v76464. United States Bureau of Alcohol, Tobacco, and Firearms Special Agent Frank Rutter believes based on the make and model of this firearm that it was transported in interstate commerce.

11. A review of Charles N. Edwards criminal history shows that he was convicted of two felonies in Cook County, Illinois for burglary in case numbers 95CR3370001 and 97CR3053001. Both of the offenses are felony convictions punishable by imprisonment for a term exceeding one year and the convictions remains unreversed.

12. Based on the foregoing, I submit that there is probable cause to believe that on or about August 29, 2016, in the State and Eastern District of Wisconsin, Charles N. Edwards, a person previously convicted of crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, which was transported in interstate commerce and thus affected interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).