UNITED STATES DISTRICT COURT WI
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES N. EDWARDS,

    Defendant.

Case No. 16-CR-159
[18 U.S.C. §§ 922(g)(1) & 924(c)
and 21 U.S.C. 841(a)(1)]

## SUPERSEDING INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about August 29, 2016, in the State and Eastern District of Wisconsin,

**CHARLES N. EDWARDS,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a North American Arms Corp .22 caliber revolver, bearing serial number V73434.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 29, 2016, in the State and Eastern District of Wisconsin,

**CHARLES N. EDWARDS,**

knowingly and intentionally possessed with the intent to distribute a mixture and a substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 29, 2016, in the State and Eastern District of Wisconsin,

**CHARLES N. EDWARDS,**

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count Two of this superseding indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in this Indictment, the defendant, Charles N. Edwards, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition, including, but not limited to a North American Arms Corp .22 caliber revolver, bearing serial number V73434.

A TRUE BILL:

███████████
FOREPERSON

Date: 1-18-17

_____
GREGORY J. HAANSTAD
United States Attorney

4