UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

| | |
|---|---|
| DATE: | January 17, 2018 |
| JUDGE: | Pamela Pepper |
| CASE NO: | 2016-cr-159 |
| CASE NAME: | United States of America v. Charles Edwards |
| NATURE OF HEARING: | Status Conference |
| APPEARANCES: | Christopher Ladwig – Attorney for the government |
| | Jacob Manian - Attorney for the defendant |
| COURTROOM DEPUTY: | Kristine Wrobel |
| TIME: | 12:32 p.m. – 12:38 p.m. |
| HEARING: | Status set for February 14, 2018 at 12:30 p.m. |

The court had scheduled this hearing to discuss with the parties whether, and when, to schedule a final pretrial conference and a trial. The court noted that it had ruled on the motion to suppress in October, so the parties should be at the point where they knew where the case was headed.

Counsel for the government told the court that he believed the case would resolve prior to a trial, and that the parties needed only some time to work out the details. Counsel asked that the court schedule a status conference in about thirty days, which would help keep the parties on track for completing plea negotiations and executing the resulting plea agreement.

Counsel for the defendant had no objection to the prosecutor's proposal.

The court scheduled a status conference for February 14, 2018 at 12:30 p.m. If the parties file an executed plea agreement on the docket twenty-four hours prior to the scheduled hearing, the court will convert the status conference to a change-of-plea hearing.