UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

   v.                                     Case No. 16-CR-159

CHARLES N. EDWARDS,

       Defendant.

## MOTION TO SEAL

NOW COMES the United States of America, by its attorneys, Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Christopher J. Ladwig, Assistant United States Attorney for said district, and hereby moves the Court, pursuant to Rule 79.4 of the Local Rules of the United States District Court for the Eastern District of Wisconsin, for an order sealing the government's submissions filed on February 13, 2018, in the above-named case until further order of this Court.

As a basis for said motion, the government submits the attachment affidavit.

Respectfully submitted this 13th day of February, 2018 at Milwaukee, Wisconsin.

                                   Respectfully submitted,
                                   GREGORY J. HAANSTAD
                                   United States Attorney


              By:    */s/ Christopher J. Ladwig*
                     CHRISTOPHER J. LADWIG
                     Assistant United States Attorney