UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              Case No. 16-CR-159 (PP)

CHARLES N. EDWARDS,

        Defendant.

## UNITED STATES MOTION TO REASSIGN A RELATED CRIMINAL CASE

The United States of America, by United States Attorney Matthew D. Krueger and Assistant United States Attorney Christopher Ladwig, hereby moves the court pursuant to Criminal L. R. 13 to reassign case *US v. Toronse Carter*, 17-CR-190 (JPS), into the Honorable Judge Pamela Pepper's court. The *U.S. v. Toronse Carter* case is based on a similar set of facts, events, and offenses as *U.S. v. Charles Edwards* (16-CR-159), which is currently assigned to Judge Pepper.

Both defendants' cases are factually connected to widespread rioting and looting in the area surrounding Sherman Park that occurred on August 13 and 14, 2016. The rioting and looting was a response to Milwaukee Police Officer Dominique Heaggan-Brown's shooting of Sylville Smith at the intersection of N. 44th Street and W. Auer Ave. During the rioting and looting, individuals set fires at the following seven Milwaukee commercial businesses: BP Gas Station, 3114 N. Sherman Blvd.; O'Reilly Auto Parts, 3405

1

W. Fond Du Lac Ave.; Jet Beauty, 3501 W. Burleigh St.; BMO Harris Bank, 3536 W. Fond Du Lac Ave.; PJ's Market, 3079 N. 21st St.; MJM Liquor, 2229 W. Fond Du Lac Ave.; and Big Jim's Liquor, 2161 N. Hopkins Ave. In the days following the rioting, there were also other events connected to suspected arsonists and rioters who frequented the Sherman Park area. It is believed that some suspects used manufactured devices to ignite a fire at the BP Gas Station on August 13, 2016. In both the *Edwards* and *Carter* cases there are overlapping pieces of evidence, witnesses, and suspects.

Reassigning the *US v. Toronse Carter*, 17-CR-190 (JPS) case will serve the purpose of saving judicial resources, and it will not delay proceedings in either case. For all of the foregoing reasons, the United States of America respectfully requests that *U.S. v. Carter* be reassigned to Judge Pepper's court.

Respectfully submitted this 23rd day of February 2018.

                                        MATTHEW D. KRUEGER
                                        United States Attorney

By:    *s/ Christopher Ladwig*
         Christopher Ladwig (WBN 1052024)
         Assistant United States Attorney
         Office of the United States Attorney
         Eastern District of Wisconsin
         517 East Wisconsin Avenue, Room 530
         Milwaukee, Wisconsin 53202
         Telephone: (414) 297-1700
         Christopher.Ladwig@usdoj.gov