UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                    Case No. 16-CR-159 (PP)

CHARLES EDWARDS,

       Defendant.

## UNOPPOSED MOTION TO ADJOURN SENTENCING

The United States of America, by and through its attorneys, Matthew D. Krueger, United States Attorney, and Christopher J. Ladwig, Assistant United States Attorney, hereby move to adjourn the sentencing hearing for Charles Edwards to a date in late August, 2018. Defendant, by his attorney, does not oppose this motion. Counsel is requesting the adjournment of the sentencing hearing for additional time to evaluate the sentencing factors.

Executed on May 1, 2018, at Milwaukee, Wisconsin.

                                          MATTHEW D. KRUEGER
                                        United States Attorney

By:    *s/ Christopher J. Ladwig*
        Assistant United States Attorney
        Christopher J. Ladwig
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Room 530
        Milwaukee, Wisconsin 53202