UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 16-CR-159 (PP)

CHARLES EDWARDS,

    Defendant.

## UNOPPOSED MOTION TO ADJOURN SENTENCING

The United States of America, by and through its attorneys, Matthew D. Krueger, United States Attorney, and Christopher J. Ladwig, Assistant United States Attorney, hereby move to adjourn the September 5, 2018 sentencing hearing for Charles Edwards to a date in November 2018. Defendant, by his attorney, does not oppose this motion. Counsel is requesting the adjournment of the sentencing hearing for additional time to evaluate the sentencing factors.

Executed on August 21, 2018, at Milwaukee, Wisconsin.

                                          MATTHEW D. KRUEGER
                                          United States Attorney

By:    *s/ Christopher J. Ladwig*
          Assistant United States Attorney
          Christopher J. Ladwig
          Office of the United States Attorney
          Eastern District of Wisconsin
          517 East Wisconsin Avenue, Room 530
          Milwaukee, Wisconsin 53202