UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                 Case No. 16-CR-159 (PP)

CHARLES EDWARDS,

        Defendant.

## UNITED STATES' MOTION TO REASSIGN A RELATED CRIMINAL CASE

The United States of America, by United States Attorney Matthew D. Krueger and Assistant United States Attorneys Gregory Haanstad, Christopher Ladwig, and Phillip Kovoor, hereby moves the court pursuant to Criminal L. R. 13 to reassign United States v. Van Mayes (18-CR-154 (LA)) into the Honorable Judge Pamela Pepper's court. Attached are the government's and defendant's motions regarding the reassignment request, which were previously filed in 18-CR-154.

Respectfully submitted this 23rd day of July 2019.

                MATTHEW D. KRUEGER
                United States Attorney

By:    *s/ Christopher Ladwig*
          Christopher Ladwig (WBN 1052024)
          Assistant United States Attorney
          Office of the United States Attorney
          Eastern District of Wisconsin
          517 East Wisconsin Avenue, Room 530

1

Milwaukee, Wisconsin 53202
Telephone: (414) 297-1700